# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### at CHATTANOOGA

JAMES FREDERICK WILLIAMS,      )
         )
*Plaintiff,*          )
         )      Case No. 1:13-cv-180
v.          )
         )      Judge Mattice
CHRIS GOTT,          )      Magistrate Judge Carter
*d/b/a* Hamilton County Juvenile Court     )
Support Division,          )
         )
*Defendant.*          )
         )

## <u>ORDER</u>

On November 1, 2013, United States Magistrate Judge William B. Carter filed his Report and Recommendation (Doc. 7) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(a). Magistrate Judge Carter recommended that, pursuant to 28 U.S.C. § 1915, Plaintiff's action be dismissed as fraudulent and malicious. (*Id.*).

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Carter's well-reasoned conclusions.

Accordingly,

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

---

[1] Magistrate Judge Carter specifically advised Plaintiff that he had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 7 at 3 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file objections has now expired.

- Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 1) is **DENIED**;

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 26th day of November, 2013.

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE